UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PETUR M. SIGURDSSON,

    Plaintiff,

v.                                             Case No:  6:12-cv-920-Orl-19TBS

ERNESTO DICARLANTONIO,

    Defendant.

## ORDER

    Pending before the Court is Plaintiff's Motion for Entry of Clerk's Default.  (Doc. 9).  Plaintiff seeks the entry of a clerk's default against the defendant, Ernesto Dicarlantonio, for his failure to plead or otherwise defend this lawsuit.  The return of service shows that Defendant was served at the following address: 105 Kaiser Lane, Longwood, FL 32750.  (Doc. 8).  A review of the record reveals that this is the business address for Lighthouse Properties of America.  See (Doc. 9).  Pursuant to Fed. R. Civ. P. 4(e)(1) and Fla. Stat. 48.031(1)(b), (2)(b), a plaintiff may serve a defendant at his or her place of business under certain circumstances.  The Court is unable to ascertain whether any such circumstances exist in this case.  Upon due consideration, it is hereby **ORDERED** that Plaintiff shall have fourteen (14) days in which to supplement his motion and advise the Court of his compliance with the procedural rules governing the service of process.

    **DONE and ORDERED** in Orlando, Florida on the 26th day of July, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copy furnished to Pro se Plaintiff