| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| 11/30/2008 | Balance forward | | 250.00 |
| 12/06/2008 | PMT payment towards monthly bill | -250.00 | 0.00 |
| 01/01/2009 | INV #25. Due 02/03/2009. | 350.00 | 350.00 |
| 02/01/2009 | INV #27. Due 03/03/2009. | 350.00 | 700.00 |
| 02/06/2009 | PMT payment towards office bill | -700.00 | 0.00 |
| 03/01/2009 | INV #30. Due 04/03/2009. | 350.00 | 350.00 |
| 04/01/2009 | INV #32. Due 05/03/2009. | 350.00 | 700.00 |
| 04/15/2009 | PMT | -350.00 | 350.00 |
| 05/01/2009 | INV #34. Due 06/03/2009. | 250.00 | 600.00 |
| 05/15/2009 | PMT payment towards monthly bill | -600.00 | 0.00 |
| 06/01/2009 | INV #39. Due 07/03/2009. | 0.00 | 0.00 |
| 07/01/2009 | INV #41. Due 08/03/2009. | 0.00 | 0.00 |
| 09/03/2009 | INV #44. Due 10/03/2009. | 325.00 | 325.00 |
| 09/03/2009 | INV #46. Due 10/03/2009. | 325.00 | 650.00 |
| 10/01/2009 | INV #48. Due 11/03/2009. | 325.00 | 975.00 |
| 11/01/2009 | INV #52. Due 12/03/2009. | 325.00 | 1,300.00 |
| 12/01/2009 | INV #54. Due 01/03/2010. | 350.00 | 1,650.00 |
| 01/01/2010 | INV #56. Due 02/03/2010. | 350.00 | 2,000.00 |
| 02/01/2010 | INV #58. Due 03/03/2010. | 350.00 | 2,350.00 |
| 03/01/2010 | INV #60. Due 04/03/2010. | 350.00 | 2,700.00 |
| 04/01/2010 | INV #62. Due 05/03/2010. | 350.00 | 3,050.00 |
| 04/01/2010 | INV #66. Due 05/03/2010. | 295.00 | 3,345.00 |
| 04/23/2010 | PMT | -320.00 | 3,025.00 |
| 05/01/2010 | INV #68. Due 06/03/2010. | 150.00 | 3,175.00 |
| 05/06/2010 | PMT | -4,055.00 | -880.00 |
| 06/01/2010 | INV #70. Due 07/03/2010. | 7,000.00 | 6,120.00 |
| 05/20/2011 | PMT Commission from 1880 Peterson Place | -4,500.00 | 1,620.00 |
| 06/01/2011 | INV #82. Due 07/03/2011. | 350.57 | 1,970.57 |
| 07/25/2011 | INV #85. Due 08/03/2011. | 3,751.75 | 5,722.32 |
| 08/23/2011 | INV #86. Due 09/03/2011. | 50.50 | 5,772.82 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 5,772.82 | $5,772.82 |