# Invoice Lighthouse Properties of America

| DATE | INVOICE # |
|---|---|
| 2/1/2009 | 27 |

**BILL TO**

Petur Sigurdsson
105 Kaiser Lane
Longwood, Florida 32750

PAID

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Office Fee February 2009 | 350.00 |
| Recruit a good agent like yourself and get a Free month for yourself! | |
| **Total** | **$350.00** |

Exhibit # 21

# Invoice Lighthouse Properties of America

| DATE | INVOICE # |
|---|---|
| 3/1/2009 | 30 |

**BILL TO**

Petur Sigurdsson
105 Kaiser Lane
Longwood, Florida 32750

PAID

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Office Fee March 2009 | 350.00 |
| New Listing 3839 Atrium Drive | 40.00 |
| New Listing 110 Cypress Woods Ct | 40.00 |
| New Listing 6043 Lake Pointe Dr | 40.00 |
| No Sign condo listing fee credit for 2009 | -120.00 |

Recruit a good agent like yourself and get a Free month for yourself!

**Total** $350.00

# Invoice Lighthouse Properties of America

| DATE | INVOICE # |
|---|---|
| 6/1/2009 | 39 |

**BILL TO**

Petur Sigurdsson
105 Kaiser Lane
Longwood, Florida 32750

**PAID**

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Office Fee June 2009 | 350.00 |
| Monthly Office Fee credit for payment from commission | -300.00 |
| Monthly Office Fee credit for admin fee 441 wayman | -50.00 |

Recruit a good agent like yourself and get a Free month for yourself!

**Total** $0.00

# Invoice Lighthouse Properties of America

| DATE | INVOICE # |
|---|---|
| 7/1/2009 | 41 |

**BILL TO**

Petur Sigurdsson
105 Kaiser Lane
Longwood, Florida 32750

PAID

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Office Fee July 2009 | 350.00 |
| Monthly Office Fee credit for payment from closing 441 wayman | -300.00 |
| Monthly Office Fee credit for admin fee 441 Wayman | -50.00 |

Recruit a good agent like yourself and get a Free month for yourself!

**Total** $0.00

**Invoice Lighthouse Properties of America**

| DATE | INVOICE # |
|---|---|
| 9/3/2009 | 44 |

| BILL TO |
|---|
| Petur Sigurdsson<br>105 Kaiser Lane<br>Longwood, Florida 32750 |

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Office Fee August 2009 (Corrected per Independent Contractors Agreement) | 350.00 |
| Credit Warranty Blackwater | -25.00 |

Recruit a good agent like yourself and get a Free month for yourself!

| **Total** | $325.00 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---:|
| Monthly Office Fee September 2009 (Corrected per Independent Contractors Agreement) | 350.00 |
| Credit for closing 2599 Shady Branch Drive | -25.00 |