# Invoice Lighthouse Properties of America

| DATE | INVOICE # |
|---|---|
| 1/1/2010 | 56 |

| BILL TO |
|---|
| Petur Sigurdsson<br>105 Kaiser Lane<br>Longwood, Florida 32750 |

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Office Fee January 2010 (Corrected per Independent Contractors Agreement) | 350.00 |
| **Total** | **$350.00** |

# Invoice Lighthouse Properties of America

| DATE | INVOICE # |
|---|---|
| 2/1/2010 | 58 |

| BILL TO |
|---|
| Petur Sigurdsson<br>105 Kaiser Lane<br>Longwood, Florida 32750 |

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Office Fee February 2010 (Corrected per Independent Contractors Agreement) | 350.00 |
| **Total** | **$350.00** |

# Invoice Lighthouse Properties of America

| DATE | INVOICE # |
|---|---|
| 5/1/2010 | 68 |

**BILL TO**

Petur Sigurdsson
105 Kaiser Lane
Longwood, Florida 32750

PAID

| DESCRIPTION | AMOUNT |
|---|---|
| Late fee on past due balance per LHPA policy manual | 150.00 |

Thank you for your business

**Total**     $150.00

| DESCRIPTION | AMOUNT |
|---|---|
| Additional late fee for invoice not paid and more than 30 days late | 250.00 |
| Fine for not timely turning in required documents for file #O4822326 2619 Greenleaf | 250.00 |
| Fine for not timely turning in required documents for file #O4855560 1629 Gran Via | 250.00 |
| Fine for not timely turning in required documents for file #O4865942 310 Blackwater | 250.00 |
| Fine for not timely turning in required documents for file #O4871337 3897 Atrium | 250.00 |
| Fine for not timely turning in required documents for file #O4871730 1003 Northlake | 250.00 |
| Fine for not timely turning in required documents for file #O4886719 6043 Lake Pointe | 250.00 |
| Fine for not timely turning in required documents for file #O4973869 6043 Lake Pointe | 250.00 |
| Fine for not timely turning in required documents for file #O4865936 306 Blackwater | 250.00 |
| Fine for not timely turning in required documents for file #O4898273 306 Blackwater | 250.00 |
| Fine for not timely turning in required documents for file #O4850950 15th st | 250.00 |
| Fine for not timely turning in required documents for file #O4850961 15th st | 250.00 |
| Fine for not timely turning in required documents for file #O4882510 3839 Atrium | 250.00 |
| Fine for not timely turning in required documents for file #O4937059 1501 Sparrow | 250.00 |
| Fine for not timely turning in required documents for file #O4945701 2958 Heeatherside | 250.00 |
| Fine for not timely turning in required documents for file #O4711511 2416 Chase | 250.00 |
| Fine for not timely turning in required documents for file #O4898053 2418 Chase | 250.00 |
| Fine for not timely turning in required documents for file #O4954498 2418 Chase | 250.00 |
| Fine for not timely turning in required documents for file #O4910506 1638 Grand | 250.00 |
| Fine for not timely turning in required documents for file #O4921352 2599 Shady Branch | 250.00 |
| Fine for not timely turning in required documents for file #S4664300 2290 San Vital | 250.00 |
| Fine for not timely turning in required documents for file #S4663129 2208 San Vittorino | 250.00 |
| Fine for not timely turning in required documents for file # 1785 Seagrape | 250.00 |
| Fine for not timely turning in required documents for file #O4953239 10324 Malpas | 250.00 |
| Fine for not timely turning in required documents for file #O4952139 1225 Peterson | 250.00 |
| Fine for not timely turning in required documents for file #O4952556 1221 Peterson | 250.00 |
| Fine for not timely turning in required documents for file #O4913422 1884 Peterson | 250.00 |
| Fine for not timely turning in required documents for file #O4954505 1884 Peterson | 250.00 |

Thank you for your business

**Total** $7,000.00

# Invoice Lighthouse Properties of America

| DATE | INVOICE # |
|---|---|
| 7/25/2011 | 85 |

**BILL TO**

Petur Sigurdsson
105 Kaiser Lane
Longwood, Florida 32750

| DESCRIPTION | AMOUNT |
|---|---|
| Legal expenses to law firm regarding Petur Sigurdsson non compliance of contract | 4,618.81 |
| Copies made to address Sigurdsson law suit | 63.65 |
| Certified mail to Petur 7/19/2011 | 3.29 |
| Subpoena for lawsuit Brian Loe 6/21/2011 | 40.00 |
| Subpoena for lawsuit Diane Nelson 6/21/2011 | 40.00 |
| Subpoena for lawsuit Gary Wiepking 6/21/2011 | 40.00 |
| Clerk of the court Sign and Seal 3 Subpoenas 6/21/2011 | 6.00 |
| Credit for refund of portion of legal escrow | -1,060.00 |

**Total** $3,751.75