UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:12-CV-920-Orl-TBS

PETUR M. SIGURDSSON,

    Plaintiff,

vs.

ERNESTO DICARLANTONIO,

    Defendant.
_____/

**AFFIDAVIT OF ERNESTO DICARLANTONIO**
(Statement Itemizing Expenses)

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority, this date personally appeared Ernesto DiCarlantonio who being by me first duly sworn, deposes and says:

A.    I am over the age of 18 years and I make this Affidavit of my own personal knowledge.

B.    I am a defendant listed in the above captioned matter and keep personal and business records as a regular activity and have done so in this litigation. These records include but are not limited to costs associated with a deposition that was to have taken place on August 30, 2013 of the Plaintiff, Petur M. Sigurdsson, in the above matter and which is the subject of an Order of this court dated November 7, 2013, Document Number 75 in the court file.

C.    At Paragraph 2 of the "I. Conclusion" in the above described "Order" the court

1

requires that a "Statement Itemizing Expenses" be filed within 14 days of the Order (dated 11/7/2013) and this Affidavit is intended to comply with that Order. The court provides that "These expenses may include court reporter costs and any fees for the notice of non-appearance."

D. Attached is a true and accurate copy of the Statement [Exhibit "A"] from the court reporter, Select Court Reporters Inc., marked as paid (including the remaining credit), and which I have in fact paid, which includes all expenses which were incurred by the undersigned and the court would allow pursuant to the Order mentioned above. I contend these expenses, $125, are reasonable and in line with those typically charged in this community.

<u>Select Court Reporting Inc.</u>

| | | |
|---|---|---|
| 1. | Per Diem | $85 |
| 2. | Room Rental | $25 |
| 3. | Certificate of Non-Appearance | <u>$15</u> |
| | Total Costs/Paid | $125 |

E. Defendant, by and through his counsel, moves this statement and the copy of the Invoice #1167 Dated: 9/8/2013 into evidence pursuant to Fed. R. Evid., Rule 803 and Rule 1003.

_____  11/19/13
Ernesto DiCarlantonio        Date
STATE OF FLORIDA
COUNTY OF ORANGE

SWORN TO AND SUBSCRIBED before me, this 19th day of November 2013, by Ernesto DiCarlantonio who took an oath, and who is <u>personally known</u> to me or produced _____ as identification.

_____
Notary Public
(Stamp or Seal)



SUSAN P. CORWIN
MY COMMISSION # EE829489
EXPIRES: September 21, 2016

2

# Invoice

**Select Court Reporters, Inc.**
917 Cypresswood Court
Winter Springs, FL 32708
Ph: (407) 977-7725   Fax: (407) 977-7726

Bill To
MR. ERNESTO DiCARLANTONIO
341 Misty Oaks Run
Casselberry, FL 32708

| Date | Invoice # |
|---|---|
| 9/8/2013 | 1167 |

| Reporter |
|---|
| JEANNE MCKNI... |

| Terms | Via |
|---|---|
| Due on receipt | E-Mail/H... |

| Item Code | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| PER DIEM | 8-30-13 (10:00 - 10:30 a.m.) Petur M. Sigurdsson vs. Ernesto DiCarlantonio, Case No: 6:12-CV-920-Orl-TBS. Deposition of Mr. Petur M. Sigurdsson. The witness failed to appear. A Certificate of Non-Appearance was requested and is enclosed.) No steno notes were taken. | 1 | 85.00 | 85.00 |
| Conference ... | Room Rental: | 1 | 25.00 | 25.00 |
| ORIGINAL ... | Certificate of Non-Appearance. | 1 | 15.00 | 15.00 |
| Balance/Cre... | CORRECTED INVOICE!! Retainer: CREDIT REMAINING IS $125.00 | | | 0.00 |

Tax ID# 59-3120887

NET 15 days. A finance charge of 1.5% per month (18 percent per annum) will be charged on unpaid balances.

It's been a pleasure working with you!

| Total | $125.00 |
|---|---|